# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROBERT JEFFREY BRADY                                                                                          PLAINTIFF
ADC # 116780

v.                                             4:14CV00177-JM-JJV

RAY HOBBS; *et al.*                                                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe, Plaintiff's Objections and Plaintiff's Motion for Leave to File an Amended Complaint. After carefully considering the pleadings and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in part.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint is DISMISSED without prejudice as to Separate Defendants, Ray Hobbs, Dale Reed and Captain King in their official and individual capacities.

2. Plaintiff's motion to file an amended complaint against Officer Dempsey in his official and individual capacities is GRANTED. (Docket # 7). Plaintiff is directed to file his Amended Complaint within thirty (30) days of the entry of this Order.

Dated this 16th day of June, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE